UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LIFENET HEALTH,**

        Plaintiff,           Case No. 1:18-cv-00146-MW-GRJ

v.                                   ORAL HEARING REQUESTED

**RTI SURGICAL, INC.,**        30 MINUTES PER PARTY

        Defendant.

_____/

**RTI'S UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT UNDER RULE 16(c)(2)(F), (K), AND (L) FOR A PRETRIAL CONFERENCE ON RTI'S MOTIONS DKT NOS. 37 (MOTION TO DISMISS), #82 (MOTION TO STAY), AND #83 (MOTION TO STRIKE OR AMEND THE CASE SCHEDULE)**

RTI requests a Rule 16 conference to address the schedule, be heard on the pending motions, and seek scheduling relief from upcoming claim construction deadlines starting on March 8 which are affected by the pending motions. LifeNet represented to RTI that RTI could file this request as unopposed provided that RTI included LifeNet's statement incorporated below.

**MOTION AND MEMORANDUM IN SUPPORT**

RTI has now filed Petitions with the U.S. Patent Office seeking cancellation of every asserted claim. RTI's Motion to Dismiss three of the five asserted counts for failure to identify a claim limitation is also pending, Dkt. No. 37. That motion is briefed, Dkt. Nos. 37, 41, 59, 64, and 75. Also briefed is RTI's Motion to Stay

1

pending Patent Office Inter Partes Review, Dkt. Nos. 82, 88). LifeNet served amended infringement contentions shortly before the first claim construction due date. RTI's Motion to Strike those contentions is also briefed. Dkt. Nos. 83, 89. That motion also included a request for scheduling relief on claim construction, because the identification of claim terms under Local Patent Rule (LPR) 6.1 was due on February 8. While awaiting a ruling, the parties exchanged lists of terms for construction. The next claim construction deadline, March 8, 2019, is imminent and requires both parties to provide proposed claim constructions and identify evidence to support those constructions. LPR 6.2, Dkt. No. 44 at 19.

Resolving RTI's Motion to Dismiss, Motion to Stay, and Motion to Strike will have a substantial impact on the case over the next 18 months, particularly regarding whether the parties must continue to litigate all issues while the Patent Office considers whether some or all claims should be canceled.

## REQUEST FOR EXPEDITED SCHEDULING

Because of the upcoming Rule 6.2 claim construction deadline of March 8, 2019 and deadlines thereafter, and because of LifeNet's non-opposition to a conference, RTI requests a Rule 16 conference at the next convenient time and date for the Court.

## LIFENET'S STATEMENT

LifeNet does not believe that a Rule 16 Conference is necessary because (1) the briefing on RTI's Motion to Stay is now complete, and the Court will decide the motion in due time; (2) RTI proposed the current case schedule; and (3) the parties should continue to comply with their discovery obligations and the deadlines in RTI's own preferred schedule until otherwise ordered by the Court. Nevertheless, LifeNet does not oppose an in-person hearing and oral argument totaling at least 30 minutes per side in order to adequately address each of the pending motions before the Court.

## CERTIFICATE OF CONFERENCE

Counsel conferred by e-mail on February 20, 21 and 22 and by telephone on February 25. LifeNet agreed that it would not oppose this motion provided that RTI included LifeNet's Statement in the motion.

## CONCLUSION

Because of the upcoming Rule 6.2 claim construction deadline of March 8, 2019 and deadlines thereafter, and in view of LifeNet's non-opposition to a conference, RTI requests a Rule 16 conference at the next convenient time and date for the Court.

Respectfully submitted,

February 25, 2018

/s/ *Gregory C. Schodde*
David D Headrick
Illinois Bar No. 6216221
Gregory C. Schodde
Illinois Bar No. 6209967
James P. Murphy
Illinois Bar No. 6209576
MCANDREWS HELD & MALLOY, LTD.
34th Floor
500 West Madison Street
Chicago, Illinois 60661
(312) 775-8000
(312) 775-8100 – fax
dheadrick@mcandrews-ip.com
gschodde@mcandrews-ip.com
jmurphy@mcandrews-ip.com

Maxwell Louis Minch
Thomas C. McThenia Jr.
Florida Bar No. 917141
Stephanie M. Marchman
Florida Bar No. 854301
R. Troy Smith
Florida Bar No. 485519
GRAYROBINSON PA
720 SW 2nd Avenue
Suite 106
Gainesville, Florida 32601
(352) 372-9269
(352) 376-6484 - fax
maxwell.minch@gray-robinson.com
Tom.McThenia@gray-robinson.com
stephanie.marchman@gray-robinson.com
troy.smith@gray-robinson.com

Robert Troy Smith
Florida Bar No. 485519

4

        GRAYROBINSON PA
        50 North Laura Street
        Suite 1100
        Jacksonville, Florida 32202
        (904) 598-9929
        (904) 598-9109 - fax
        troy.smith@gray-robinson.com

        *Attorneys for Defendant*
        *RTI Surgical, Inc.*

## CERTIFICATE OF WORD COUNT

I certify that the word-processing program used to prepare this paper reports that the Motion and Memorandum contains 500 words, including headings, footnotes, and quotations. The word count excludes the caption, signature block, this Certificate, and the Certificate of Service.

/s/ *Deborah Wilson*
Deborah Wilson

## CERTIFICATE OF SERVICE

I certify that on February 25, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to all CM/ECF participants.

/s/ *Gregory C. Schodde*
Gregory C. Schodde

Attorney for Defendant
RTI Surgical, Inc.